UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                             :

LAUREN LEWIS,                     :

               Plaintiff,     :

                             :

         -against-         :

                             :

MICHAEL J. ASTRUE,         :
Commissioner of Social Security,  :

                             :

             Defendant.  :
------------------------------------------------------------ X

11 Civ. 7538 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has examined Magistrate Judge Michael H. Dolinger's Report and

Recommendation ("Report") in this case reviewing a final decision of the Social Security

Administration ("SSA").  Finding Judge Dolinger's Report to be thorough and well reasoned,

this Court adopts the recommendation of the Report and hereby remands this case to the SSA for

further consideration.

    Plaintiff brought this case seeking review of the SSA's final determination that Plaintiff

was not eligible for benefits under the Social Security Act, 42 U.S.C. § 301, et seq.  Responding

to Plaintiff's Motion for Judgment on the Pleadings, Judge Dolinger reviewed the administrative

record and found cause for a remand.  Specifically, Judge Dolinger noted that "the ALJ failed to

sufficiently develop the administrative record, did not adequately consider the record he had

before him, fell short in properly explaining the reasoning behind his decisions, and failed to

undertake a proper credibility analysis of plaintiff."  (Report at 63).

    No party filed a timely objection to the Report; therefore, the Court reviews the Report

for clear error.  See Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely

objection is filed, the court need only satisfy itself that there is no clear error on the face of the

COPIES MAILED TO
PRO SE PARTY ON _____

record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008) (approving of the procedure whereby "[t]he District Court . . . reviewed the magistrate judge's report and recommendation for clear error and, finding none, adopted the report in full."). Magistrate Judge Dolinger's presents no such errors and is therefore fully adopted by this Court.

The Clerk of the Court is respectfully directed to terminate this case.

SO ORDERED.

Dated: New York, New York
       October 29, 2013

_____
J. PAUL OETKEN
United States District Judge